**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Bernard X. Shumbusho | | |
| DEBTOR | : | BKY. NO.  12-16813elf13 |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw document 73, Debtor's Answer to Motion for Relief of Deutsche Bank Trust Company Americas in this case filed on September 6, 2016.

Dated:   September 7, 2016         BY: /s/ Michael A. Cataldo
                                   MICHAEL A. CATALDO, ESQUIRE
                                   Cibik & Cataldo, P.C.
                                   1500 Walnut Street, Suite 900
                                   Philadelphia, PA   19102
                                   215-735-1060/fax 215-735-6769