# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 12-16813 |
| **Bernard X. Shumbusho** | : | Chapter 13 |
| | : | Judge Eric L. Frank |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Deutsche Bank Trust Company** | : | Time of Hearing |
| **Americas, as Trustee for Residential** | : | September 15, 2016 @ 10:00 a.m. |
| **Accredit Loans, Inc., Mortgage Asset-** | : | |
| **Backed Pass-Through Certificates,** | : | Place of Hearing |
| **Series 2006-QS16** | : | U.S. Bankruptcy Court |
| Movant, | : | 900 Market Street |
| vs | : | Courtroom 1 |
| | : | Philadelphia, PA 19107 |
| **Bernard X. Shumbusho and William C.** | : | |
| **Miller, Chapter 13 Trustee,** | : | |
| Respondents. | | |

## ORDER OF COURT

AND NOW, this  29th  day of   September   , 20 16 , upon consideration of the Motion for Relief from the Automatic Stay *Nunc Pro Tunc*, filed by Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS16 ("Creditor"), and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART**. The Automatic Stay is terminated as it affects the interest of Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS16 in and to the Real Property of Debtor located at 263 N. Wycombe Ave, Lansdowne, PA 19050 and more particularly described in the Mortgage, recorded October 2, 2006, at Mortgage Book Volume 03922, Page 0239. The request for relief *nunc pro tunc* is **DENIED**.

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**