United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 12-16813-elf
Bernard X. Shumbusho                                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP                Page 1 of 1              Date Rcvd: Sep 29, 2016
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2016.
db             +Bernard X. Shumbusho,    6560 Market Street,    Philadelphia, PA 19082-3326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2016 at the address(es) listed below:
      BRIAN E. CAINE    on behalf of Creditor    U.S. Bank, NA, et al bcaine@parkermccay.com,
       BKcourtnotices@parkermccay.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NA bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      KARINA VELTER    on behalf of Creditor    Deutsche Bank Trust Company Americas amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor    US Bank National Association, as Trustee for Credit
       Suisse First Boston Mortgage Acceptance Corp.,CSMC Mortgage-Backed Certificates, Series 2006-8
       amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee for
       RALI 2006-QS18 amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank Trust Company Americas
       amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank Trust Company Americas, as Trustee for
       RALI 2006-QS16 amps@manleydeas.com
      MICHAEL A. CATALDO2    on behalf of Debtor Bernard X. Shumbusho ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor Bernard X. Shumbusho ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                             TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 12-16813 |
| **Bernard X. Shumbusho** | : Chapter 13 |
| | : Judge Eric L. Frank |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **Deutsche Bank Trust Company** | : Time of Hearing |
| **Americas, as Trustee for Residential** | : September 15, 2016 @ 10:00 a.m. |
| **Accredit Loans, Inc., Mortgage Asset-** | : |
| **Backed Pass-Through Certificates,** | : Place of Hearing |
| **Series 2006-QS16** | : U.S. Bankruptcy Court |
| **Movant,** | : 900 Market Street |
| | : Courtroom 1 |
| vs | : Philadelphia, PA 19107 |
| | : |
| **Bernard X. Shumbusho and William C.** | : |
| **Miller, Chapter 13 Trustee,** | : |
| **Respondents.** | |

## ORDER OF COURT

AND NOW, this  29th  day of    September   , 20 16 , upon consideration of the Motion for Relief from the Automatic Stay *Nunc Pro Tunc*, filed by Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS16 ("Creditor"), and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART**.  The Automatic Stay is terminated as it affects the interest of Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS16 in and to the Real Property of Debtor located at 263 N. Wycombe Ave, Lansdowne, PA 19050 and more particularly described in the Mortgage, recorded October 2, 2006, at Mortgage Book Volume 03922, Page 0239.  The request for relief *nunc pro tunc* is **DENIED**.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**