# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Bernard X. Shumbusho <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 12-16813 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-2 TRUST, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2088

                                                Respectfully submitted,

                                                **/s/Thomas Puleo, Esquire**
                                                Thomas Puleo, Esquire
                                                Brian C. Nicholas, Esquire
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 825-6306  FAX (215) 825-6406