United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-16813-elf
Bernard X. Shumbusho                                                  Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1        Date Rcvd: May 02, 2017
                        Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2017.
12931756        +U.S. BANK NATIONAL ASSOCIATION et al,    JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:
      BRIAN E. CAINE    on behalf of Creditor    U.S. Bank, NA, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NA bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      KARINA VELTER    on behalf of Creditor    Deutsche Bank Trust Company Americas amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor    US Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Acceptance Corp.,CSMC Mortgage-Backed Certificates, Series 2006-8 amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee for RALI 2006-QS18 amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank Trust Company Americas amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank Trust Company Americas, as Trustee for RALI 2006-QS16 amps@manleydeas.com
      MICHAEL A. CATALDO2    on behalf of Debtor Bernard X. Shumbusho ecf@ccpclaw.com, igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor Bernard X. Shumbusho ecf@ccpclaw.com, igotnotices@ccpclaw.com
      THOMAS I. PULEO    on behalf of Creditor    U.S. Bank, NA, et al tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                          TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-16813-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Bernard X. Shumbusho
6560 Market Street
Philadelphia PA 19082

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/28/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 11: U.S. BANK NATIONAL ASSOCIATION et al, JPMorgan Chase Bank, N.A., 3415 Vision Drive, OH4-7133, Columbus, OH 43219 | U.S. Bank NA, successor trustee to Bank Serviced by Select Portfolio Servicing, 3217 S. Decker Lake Dr. Salt Lake City, UT 84115 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/04/17

Tim McGrath
**CLERK OF THE COURT**