United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-16813-elf
Bernard X. Shumbusho                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP           Page 1 of 2        Date Rcvd: Sep 08, 2017
                          Form ID: 138NEW       Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.

```
db          +Bernard X. Shumbusho,   6560 Market Street,   Philadelphia, PA 19082-3326
cr          +BANK OF AMERICA, N.A.,   2380 Performance Dr.,   Richardson, TX 75082-4333
cr          +Bank of America, N.A., c/o Prober & Raphael, A Law,   20750 Ventura Bvld., Suite 100,
              Woodland Hills, CA 91364-6207
cr           ECMC,   P.O. Box 75906,   St. Paul, MN 55175
cr          +JPMorgan Chase Bank, National Association,   800 State Hwy 121 Bypass, Floor 1,
              Lewisville, TX 75067-4180
12848916    +AES/PHEAA,   PO BOX 8183,   HARRISBURG, PA 17105-8183
12864194    +AES/PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
12816046    +Abraham Teshega,   6568 Cobbs Creek Parkway,   Philadelphia, PA 19142-1318
12816047    +Aes/pnc Natl City,   1200 N 7th St,   Harrisburg, PA 17102-1419
12816049    +Bank Of America, N.a.,   450 American St,   Simi Valley, CA 93065-6285
12816048    +Bank of America,   P.O. Box 15227,   Wilmington, DE 19886-5227
12816055    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank Usa,   CITICORP CREDIT SERVICES/ATTN: CENTRALIZ,
              PO Box 20363,   Kansas City, MO 64195)
12816061    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Home Depot Credit Services,   PO BOX 182676,   Columbus, OH 43218)
12816050    +Capital One, N.a.,   Capital One Bank (USA) N.A.,   PO Box 30285,
              Salt Lake City, UT 84130-0285
12816053    +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
12816052    +Chase,   Po Box 24696,   Columbus, OH 43224-0696
12816051    +Chase,   PO Box 78420,   Phoenix, AZ 85062-8420
12835544    +Department Stores National Bank/Macys,   Bankruptcy Processing,   Po Box 8053,
              Mason, OH 45040-8053
12954462    +Deutsche Bank Trust Company Americas, as Trustee,   c/o Kimberly A. Bonner, Esq.,
              Zucker, Goldberg & Ackerman, LLC,   200 Sheffield Street, Suite 101,
              Mountainside, NJ 07092-2315
12816057    +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
12931187     ECMC,   PO BOX 16408,   ST.PAUL, MN 55116-0408
12816058    +Ed Leonard, Esquire,   12800 Townsend Road,   Philadelphia, PA 19154-1003
12816059    +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
12816060    +Experian,   Profile Maintenance,   P.O. Box 9558,   Allen, Texas 75013-9558
12951729     Main Street Acquisition Corp., assignee,   of CHASE BANK USA, N. A.,   c o Becket and Lee LLP,
              POB 3001,   Malvern, PA 19355-0701
12816065    +PA Dept. of Revenue,   Bankruptcy Division,   Bureau of Compliance,   P.O. Box 280946,
              Harrisburg, PA 17120-0946
12816066    +Philadelphia Fed Cr Un,   12800 Townsend Rd,   Philadelphia, PA 19154-1095
12813651    +Philadelphia Federal Credit Union,   12800 Townsend Road,   Philadelphia, PA 19154-1095
12875488    +The Bank of New York Mellon, et al,   c/o Prober & Raphael, A Law Corp.,   P.O. Box 4365,
              Woodland Hills, CA 91365-4365
12816068    +Trans Union Corporation,   Public Records Department,   555 West Adams Street,
              Chicago, IL 60661-3631
12931756    +U.S. BANK NATIONAL ASSOCIATION et al,   JPMorgan Chase Bank, N.A.,   3415 Vision Drive,
              OH4-7133,   Columbus, OH 43219-6009
13909335    +U.S. Bank NA, successor trustee to Bank,   Serviced by Select Portfolio Servicing,,
              3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284
12816069    +Upper Darby Township,   Municipal Building,   Room 102, 100 Garrett Rd.,
              Upper Darby, PA 19082-3135
12817379     Wells Fargo Bank NA,   PO Box 10438,   Des Moines IA  50306-0438
12816070    +Wells Fargo Hm Mortgag,   Po Box 10335,   Des Moines, IA 50306-0335
12816071    +Wells Fargo Mortgage,   4680 Hallmark Parkway,   San Bernardino, CA 92407-1816
12816072    +Wf Fin Bank,   Attention: Bankruptcy,   PO Box 10438,   Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:33:21    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 09 2017 02:32:44    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12824567     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 09 2017 02:45:16
              American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
              Oklahoma City, OK  73126-8941
12816056     E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:33:21    City of Philadelphia,
              Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphai, PA 19102
12816054    +E-mail/Text: ecf@ccpclaw.com Sep 09 2017 02:31:13    Cibik and Cataldo, P.C.,
              1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
12816062     E-mail/Text: cio.bncmail@irs.gov Sep 09 2017 02:31:21    I.R.S.,   P.O. Box 7346,
              Philadelphia, PA  19101-7346
12816064    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 09 2017 02:32:16    Midland Funding,   8875 Aero Dr,
              San Diego, CA 92123-2255
12927785     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 09 2017 02:45:17
              Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk VA 23541
```

```
District/off: 0313-2              User: PaulP              Page 2 of 2              Date Rcvd: Sep 08, 2017
                                  Form ID: 138NEW          Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12815174          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2017 02:32:05      Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                    Harrisburg PA 17128-0946
12816067         +E-mail/Text: kab@jsdc.com Sep 09 2017 02:31:19      Scott Dietterick, Esquire,    P.O. Box 650,
                    Hershey, PA 17033-0650
                                                                                                TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
cr*             +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
12816063*        I.R.S.,    P.O. Box 7346,    Philadelphia, PA 19101-7346
12817944*        internal revenue service,    centralized insolvency operation,    p.o. box 7346,
                   philadelphia, pa 19101-7346
cr             ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                        TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
```
              BRIAN E. CAINE     on behalf of Creditor    U.S. Bank, NA, et al bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NA bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARINA  VELTER    on behalf of Creditor    Deutsche Bank Trust Company Americas amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee for
               RALI 2006-QS18 amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank Trust Company Americas
               amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank Trust Company Americas, as Trustee for
               RALI 2006-QS16 amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    US Bank National Association, as Trustee for Credit
               Suisse First Boston Mortgage Acceptance Corp.,CSMC Mortgage-Backed Certificates, Series 2006-8
               amps@manleydeas.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America,
               NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the
               Washington Mutual Mortgage Pass-Through Certificates, WMAL bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Bernard X. Shumbusho ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Bernard X. Shumbusho ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank, NA, et al tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Bernard X. Shumbusho

    Debtor(s)

Bankruptcy No: 12−16813−elf

Chapter: 13

---

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/8/17

84 − 83
Form 138_new