United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Bernard X. Shumbusho
    Debtor

Case No. 12-16813-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　User: PaulP　　Page 1 of 1　　Date Rcvd: Oct 11, 2017
　　　　　　　　　　　Form ID: 212　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2017.
db　　　　　+Bernard X. Shumbusho,　6560 Market Street,　Philadelphia, PA 19082-3326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2017 at the address(es) listed below:

    BRIAN E. CAINE　　on behalf of Creditor　　U.S. Bank, NA, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

    JOSHUA ISAAC GOLDMAN　　on behalf of Creditor　　JPMORGAN CHASE BANK, NA bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

    KARINA VELTER　　on behalf of Creditor　　Deutsche Bank Trust Company Americas amps@manleydeas.com

    KIMBERLY A. BONNER　　on behalf of Creditor　　US Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Acceptance Corp.,CSMC Mortgage-Backed Certificates, Series 2006-8 amps@manleydeas.com

    KIMBERLY A. BONNER　　on behalf of Creditor　　WELLS FARGO BANK, N.A. amps@manleydeas.com

    KIMBERLY A. BONNER　　on behalf of Creditor　　Deutsche Bank Trust Company Americas, As Trustee for RALI 2006-QS18 amps@manleydeas.com

    KIMBERLY A. BONNER　　on behalf of Creditor　　Deutsche Bank Trust Company Americas amps@manleydeas.com

    KIMBERLY A. BONNER　　on behalf of Creditor　　Deutsche Bank Trust Company Americas, as Trustee for RALI 2006-QS16 amps@manleydeas.com

    MATTEO SAMUEL WEINER　　on behalf of Creditor　　U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMAL bkgroup@kmllawgroup.com

    MICHAEL A. CATALDO2　　on behalf of Debtor Bernard X. Shumbusho ecf@ccpclaw.com, igotnotices@ccpclaw.com

    MICHAEL A. CIBIK2　　on behalf of Debtor Bernard X. Shumbusho ecf@ccpclaw.com, igotnotices@ccpclaw.com

    THOMAS I. PULEO　　on behalf of Creditor　　U.S. Bank, NA, et al tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

    United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov

    WILLIAM C. MILLER, Esq.　　ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                          Chapter: 13

    Bernard X. Shumbusho

Debtor(s)                                                                                    Case No: 12–16813–elf

___

*ORDER*

    AND NOW, 10/11/17 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

    For The Court

    Eric L. Frank

    Chief Judge ,United States Bankruptcy Court