United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Bernard X. Shumbusho
    Debtor

Case No. 12-16813-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Oct 30, 2017
Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2017.
db    +Bernard X. Shumbusho,   6560 Market Street,   Philadelphia, PA 19082-3326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2017 at the address(es) listed below:
    BRIAN E. CAINE   on behalf of Creditor   U.S. Bank, NA, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
    JOSHUA ISAAC GOLDMAN   on behalf of Creditor   JPMORGAN CHASE BANK, NA bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    KARINA VELTER   on behalf of Creditor   Deutsche Bank Trust Company Americas amps@manleydeas.com
    KIMBERLY A. BONNER   on behalf of Creditor   US Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Acceptance Corp.,CSMC Mortgage-Backed Certificates, Series 2006-8 amps@manleydeas.com
    KIMBERLY A. BONNER   on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
    KIMBERLY A. BONNER   on behalf of Creditor   Deutsche Bank Trust Company Americas, As Trustee for RALI 2006-QS18 amps@manleydeas.com
    KIMBERLY A. BONNER   on behalf of Creditor   Deutsche Bank Trust Company Americas amps@manleydeas.com
    KIMBERLY A. BONNER   on behalf of Creditor   Deutsche Bank Trust Company Americas, as Trustee for RALI 2006-QS16 amps@manleydeas.com
    MATTEO SAMUEL WEINER   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMAL bkgroup@kmllawgroup.com
    MICHAEL A. CATALDO2   on behalf of Debtor Bernard X. Shumbusho ecf@ccpclaw.com, igotnotices@ccpclaw.com
    MICHAEL A. CIBIK2   on behalf of Debtor Bernard X. Shumbusho ecf@ccpclaw.com, igotnotices@ccpclaw.com
    THOMAS I. PULEO   on behalf of Creditor   U.S. Bank, NA, et al tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
    TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Bernard X. Shumbusho : Case No. 12−16813−elf

      Debtor(s)

### *ORDER*
_____

AND NOW, this day , October 30, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

93
Form 195